IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00981-BNB

BARRY TODD EBLEN,

    Applicant,

v.

WARDEN JULIE WANDS,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Barry Todd Eblen, initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order filed on April 29, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Eblen to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Eblen to either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in a habeas corpus action. Mr. Eblen was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On May 17, 2010, Mr. Eblen filed a letter with the Court, in which he stated that he was sending the $5.00 filing fee to the Court "forthwith and without delay." Nonetheless, upon investigation by the financial division of the Clerk of the Court, no payment has been received from Mr. Eblen. Mr. Eblen has now failed to either pay the $5.00 filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to

28 U.S.C. § 1915 in a habeas corpus action. Accordingly, Mr. Eblen has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this  7th   day of   June  , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00981-BNB

Barry Todd Eblen
Reg No. 08033-046
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/8/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk